JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIELA CABRERA, | CV 21-875 PA (MAAx) |
| Plaintiff, | JUDGMENT |
| v. | |
| ROLANDO S. UTZ, et al., | |
| Defendants. | |

Pursuant to the Court's June 23, 2021 Minute Order, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed with prejudice.

IT IS SO ORDERED.

DATED: June 23, 2021

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE